IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | CRIMINAL NO. <br> VIOLATIONS: <br> 18 U.S.C. 1347 |
| JACKIE ELVINE aka <br> JACKIE YOUNG | 18 U.S.C. 2 <br> 26 U.S.C. 7602(2) <br> 18 U.S.C. 287 |
| DEFENDANT | |

Filed at __3:42 P.M__, __1/17__, 20__14__

_____
Deputy Clerk, U.S. District Court
Middle District of Georgia

## P L E A

I, **JACKIE ELVINE AKA JACKIE YOUNG**, having been advised of my

Constitutional rights and having had the charges herein stated to me in open Court,

plead _guilty_ in open Court, this _17_ day of _Jan._, 2014.

_____
JACKIE ELVINE
DEFENDANT

_____
DEBRA G. GOMEZ
ATTORNEY FOR DEFENDANT

_____
GRAHAM A. THORPE
ASSISTANT UNITED STATES ATTORNEY