# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| Jackie Elvine | **Repayment Agreement and Order** | No: 5:14-CR-00003-001 |
|---|---|---|

On August 13, 2014, Jackie Elvine was sentenced to 63 months imprisonment followed by a 36-month term of supervised release.

After a review of her financial status, the following repayment agreement has been reached with Ms. Elvine. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1. As a result of the judgment entered against me on August 13, 2014, I have been ordered to pay a total restitution of $372,008.88 and a special assessment of $500.00.

2. On April 8, 2019, I began my service of 36 months of supervised release. The mandatory assessment was satisfied on February 4, 2019. The current balance of my restitution is $304,694.63.

3. After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 1st day of April 2022, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $150.00 per month during the term of supervision.

_____  4/7/22
Jackie Elvine                Date

_____  4/7/2022
Todd D. Garrett, U.S. Probation Officer Specialist    Date

_____  4/7/2022
Kevin Abernethy
Assistant U.S. Attorney      Date

---

**THE COURT ORDERS:**

☑ Approval   ☐ Disapproval

_____
Marc T. Treadwell
Chief U.S. District Judge

4.11.22
Date